

**FILED**

AUG 6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE HIRIBERTO ANDRADE-TORRES,<br><br>Defendant. | No. 2:09-cr-00407-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JORGE HIRIBERTO ANDRADE-TORRES; Case No. 2:09-cr-00407-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum

      ___ Unsecured Appearance Bond

      ___ Appearance Bond with 10% Deposit

      ___ Appearance Bond with Surety

      ___ Corporate Surety Bail Bond

__X__ (Other): Time Served

Issued at Sacramento, California on 8/6/14, at 9:25am.

_____
Kimberly J. Mueller
United States District Judge